UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT EWERS,

    Plaintiff,

                                                       Case No. 5:16-cv-13067-JCO-MKM

v

                                                       Hon. John Corbett O'Meara
                                                       Mag. Mona K. Majzoub

MEDICAL FINANCIAL SOLUTIONS,

    Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MEDICAL FINANCIAL SOLUTIONS WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Medical Financial Solutions, with prejudice and without costs to either party.

                                                       Respectfully submitted

October 14, 2016                            /s/ Gary Nitzkin_____
                                                       GARY D. NITZKIN (P41155)
                                                       Attorney for Plaintiff
                                                       22142 West Nine Mile Road
                                                       Southfield, MI 48033
                                                       (248) 353-2882
                                                       GNitzkin@creditor-law.com